PAUL F. STEIN, Respondent, v. JOHN A. SNYDER, Appellant, and Another.— Judgment and order affirmed, with costs.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

TOWN OF BROOKHAVEN, Respondent, v. SAMUEL F. ROBINSON, Appellant.— Interlocutory judgment and order affirmed, with costs, with leave to the defendant to withdraw the demurrer and answer within twenty days, on payment of costs.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

ABRAHAM AXELROD, an Infant, etc., Respondent, v. SAMUEL LEVINE, Appellant.— Motion granted, with ten dollars costs.  Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

LUDWIG BLITZ, Respondent, v. CHARLES T. WILSON and Others, Appellants.— Motion for stay granted, unless plaintiff stipulate to try the cause before a special jury in Kings county on the first Monday of May next.  On such stipulation being made, the motion will be denied, without costs.  Jenks, P. J., Stapleton, Putnam and Blackmar, JJ., concurred; Mills, J., not voting.

MAY M. GUGEL and Another, Respondents, v. EVERETT S. HISCOX and Another, Appellants, and Another, Defendant.— Motion for reargument granted, and case set down for Wednesday, April 18, 1917.  (See, *post,* p. 907.)  Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of GEORGE M. CLAPP, as Sole Surviving Trustee, etc., of BENJAMIN CLAPP, Deceased.— Order of reversal resettled in two respects: *First,* that it recite that an appeal was taken by Warren E. Clapp, Ruth A. Clapp and Dorothy J. Clapp, by Charles W. Boote, their guardian *ad litem;* also by Ina L. Clapp, Walter C. Clapp, Jr., and Sylvia J. Clapp, by Lawrence E. Sherwood, their guardian *ad litem.  Second,* that at the foot of the order there be added " with liberty to the guardians *ad litem,* or either of them, to apply to the surrogate for an allowance, payable from the share of their respective wards, sufficient to cover such guardians' expenses on said appeal."  Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.  Order to be settled before Mr. Justice Putnam.

In the Matter of the Application to Designate Certain Justices of the Supreme Court in the Second Department to Constitute the " Title Part " of the Special Term in said Court, Pursuant to the Provisions of Article XII of the Real Property Law, Otherwise Known as the Torrens Land Title Registration Law, as Amended by Chapter 547 of the Laws of 1916.*— Motion denied, without costs, without prejudice to a renewal when the amount of business under the Torrens Law makes it necessary or proper to designate a " Title Part."  Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

---

* See Consol. Laws, chap. 50 (Laws of 1909, chap. 52), § 371, as amd. by Laws of 1916, chap. 547.— [REP.